# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| OLD ORCHARD PROVISIONS, LLC,   ) | |
| )  | |
| Plaintiff,   ) | |
| )  | |
| v.   ) | Docket No. 2:23-cv-00272-NT |
| )  | |
| TOWN OF OLD ORCHARD BEACH,   ) | |
| )  | |
| Defendant.   ) | |

## ORDER AFFIRMING THE RECOMMENDED DECISION
## OF THE MAGISTRATE JUDGE

On December 11, 2023, the United States Magistrate Judge filed with the Court, with copies to counsel, her Recommended Decision on the Motion to Intervene (ECF No. 10). The Magistrate Judge notified the parties that failure to object would waive their right to *de novo* review and appeal. The time within which to file objections has expired, and no objections have been filed.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED**.

SO ORDERED.

/s/ Nancy Torresen
United States District Judge

Dated this 2nd day of January, 2024.